IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREA L. TALBOTT, | : |
| Plaintiff, | : |
| vs. | :   Civil Action No. 1:17-cv-00348-C |
| NAVIENT SOLUTIONS, LLC, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This matter is before the undersigned on Plaintiff Andrea L. Talbott's and Defendant Navient Solutions, LLC's, ("Navient") Stipulation to Dismiss Action with Prejudice ("stipulation"), pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, (hereinafter, "FRCP" followed by the Rule number), which was filed on June 29, 2018. (Doc. 41). In the parties' stipulation, they state this matter may be dismissed with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), and it is signed by counsel for Plaintiff Talbott, James D. Patterson, Esquire, and Defendant Navient, Ryan S. Rummage. (Doc. 41). In accordance with the stipulation, Plaintiff Talbott's claims against Defendant Navient are hereby **DISMISSED WITH PREJUDICE**, each party to bear her and its own costs.

**DONE** and **ORDERED** this the 12th day of July 2018.

　　　s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**